372 A.2d 1201
**COMMONWEALTH of Pennsylvania,
Appellant,**

v.

**Alonzo McFADDEN.**

Supreme Court of Pennsylvania.

Argued April 18, 1977.

Decided May 17, 1977.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Maxine Stotland, Philadelphia, for appellant.

Mary Alice Duffy, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM:

Order affirmed.

POMEROY, J., dissents.